# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 13 2007
E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bill Poon & Company, Architects, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**C07-05566 PJH**

V.

Khalil Bafaiz, Nabil W. Taovil, G.A.R.S. Incorporated, George G. Pavana, Inderjit Chadha, Does 1 through 20

TO: (Name and address of defendant)

| | | | |
|---|---|---|---|
| Khalil Bafaiz<br>2349 Galway Court<br>Tracy, CA.<br><br>Inderjit S. Chadah<br>1731 Germano Way<br>Pleasanton, CA. 94566 | Gerald W. Felice<br>Agent for Service of Process<br>G.A.R.S. Incorporated<br>195 Cadillac Drive<br>Sacramento, CA. 95825 | George G. Pavana<br>G.A.R.S. Incorporated<br>dba SellSmart Preferred<br>2610 Crow Canyon Road<br>Suite 115<br>San Ramon, CA. 94583 | Nabil W. Taovil<br>G.A.R.S. Incorporated<br>dba SellSmart Preferred<br>2610 Crow Canyon Road<br>Suite 115<br>San Ramon, CA. 94583 |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Kenneth H. Natkin
Law Offices Kenneth Natkin
1901 Harrison Street, Suite 900
Oakland, CA. 94612

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

DATE NOV - 1 2007