POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Kenneth H. Natkin, 85021<br>LAW OFFICE OF KENNETH H NATKIN<br>1999 Harrison Street<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 273-8650<br>ATTORNEY FOR (Name): Plaintiff | FILED<br>07 NOV 26 PM 3:57<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Bill Poon & Company<br>DEFENDANT/RESPONDENT: Khalil Bafaiz et al | CASE NUMBER:<br>C07-05566 PJH |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>POON |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Order Requiring Joint Case Management Statement and Appearance at Case Management Confereene, Standing Order For All Judges of the Northern District of California, ECF Registration Information Handout, General Order No. 45, U.S. District Court Guidelines , Amended Complaint

3. a. Party served: Naeem Akram

   b. Person Served: Jasun Sing, Cashier - Person in Charge of Office

4. Address where the party was served: 338 W. Tennyson Road
   Hayward, CA 94544

5. I served the party
   b. **by substituted service.** On (date): November 19, 2007 at (time): 11:25 am I left the documents listed in item 2 with or in the presence of: Jasun Sing, Cashier
   
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. Person who served papers
   a. Name: Roderick Thompson
   b. Address: One Legal, Inc. - 132-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $: 71.75
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 746
         (iii) County ALAMEDA

BY FAX

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: November 20, 2007

Roderick Thompson
(NAME OF PERSON WHO SERVED PAPERS)

*Roderick Thompson*
(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6651624

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Kenneth H. Natkin, 85021<br>LAW OFFICE OF KENNETH H NATKIN<br>1999 Harrison Street<br>Oakland, CA 94612 | (510) 273-8650 | |
| | Ref. No. or File No. | |
| ATTORNEY FOR (Name): Plaintiff | POON | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Bill Poon & Company

DEFENDANT:

Khalil Bafaiz et al

| DECLARATION OF DILIGENCE | | | | CASE NUMBER:<br>C07-05566 PJH |
|---|---|---|---|---|

I received the within process on November 13, 2007 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: Naeem Akram

(1) BUSINESS: Warraich Builder 338 W. Tennyson Road, Hayward, CA 94544

As enumerated below:

| | |
|---|---|
| November 14, 2007 03:20 PM | at address (1) above. Not available. |
| November 16, 2007 10:15 AM | at address (1) above. Not available. |
| November 19, 2007 11:25 AM | at address (1) above. Not available. |
| November 19, 2007 11:25 AM | at address (1) above. Other. Sub-Served to Jasun Sing, Cashier |

Registered California process server.
County: ALAMEDA
Registration No.: 746
Expiration: July 14, 2008

Roderick Thompson
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on November 20, 2007 at Oakland,

*Roderick Thompson*

Roderick Thompson

FF# 6651624

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Kenneth H. Natkin, 85021<br>LAW OFFICE OF KENNETH H NATKIN<br>1999 Harrison Street<br>Oakland, CA 94612<br>ATTORNEY FOR (Name): Plaintiff | (510) 273-8650<br><br>Ref. No. or File No.<br>POON | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Bill Poon & Company

DEFENDANT:

Khalil Bafaiz et al

| PROOF OF SERVICE BY MAIL | | | | CASE NUMBER:<br>C07-05566 PJH |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On November 20, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Order Requiring Joint Case Management Statement and Appearance at Case Management Conferecne, Standing Order For All Judges of the Northern District of California, ECF Registration Information Handout, General Order No. 45, U.S. District Court Guidelines, Amended Complaint

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

Naeem Akram
338 W. Tennyson Road
Hayward, CA 94544

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

S: 71.75

Fee for Service:

Lee Major
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on November 20, 2007 at Oakland,

*Lee Major*

Lee Major

FF# 6651624