| | | |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name and Address):*<br>Kenneth H. Natkin, 85021<br>LAW OFFICE OF KENNETH H NATKIN<br>1999 Harrison Street<br>Oakland, CA 94612<br>**ATTORNEY FOR** *(Name):* Plaintiff | **TELEPHONE NO.:**<br>(510) 273-8650<br><br>**Ref. No. or File No.**<br>POON | **FOR COURT USE ONLY** |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

**PLAINTIFF:**
Bill Poon & Company

**DEFENDANT:**
Khalil Bafaiz et al

**PROOF OF SERVICE**

| DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|
| | | | C07-05566 PJH |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Order Requiring Joint Case Management Statement and Appearance at Case Management Conferecne, Standing Order For All Judges of the Northern District of California, ECF Registration Information Handout, General Order No. 45, U.S. District Court Guidelines, Amended Complaint

2. Party Served:          Inderjit S. Chadah

3. Person Served:         party in item 2

a. Left with:             Jane Doe MEF 30 5'5 130 Blk Hr Brn eyes- Co-Occupant

4. Date & Time of Delivery:   November 29, 2007     7:20 pm

5. Address, City and State:   1731 Germano Way
                              Pleasanton, CA 94566

6. Manner of Service:     By leaving the copies with or in the presence of Jane Doe MEF 30 5'5 130 Blk Hr Brn eyes, a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

BY FAX

71.75

Registered California process server.
County: ALAMEDA
Registration No.:746
Expiration: July 14, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on November 30, 2007 at Oakland, California.

Signature: *Roderick Thompson*
           Roderick Thompson

FF# 6651623

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Kenneth H. Natkin, 85021<br>LAW OFFICE OF KENNETH H NATKIN<br>1999 Harrison Street<br>Oakland, CA 94612 | (510) 273-8650 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>POON | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Bill Poon & Company

DEFENDANT:
Khalil Bafaiz et al

| PROOF OF SERVICE BY MAIL | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-05566 PJH |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On November 30, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Order Requiring Joint Case Management Statement and Appearance at Case Management Conferecne, Standing Order For All Judges of the Northern District of California, ECF Registration Information Handout, General Order No. 45, U.S. District Court Guidelines, Amended Complaint

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

Inderjit S. Chadah
1731 Germano Way
Pleasanton, CA 94566

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

71.75

Lee Major
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on November 30, 2007 at Oakland,

*Lee Major*

Lee Major

FF# 6651623