POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): Kenneth H. Natkin, 85021<br>LAW OFFICE OF KENNETH H NATKIN<br>1999 Harrison Street Suite 1300<br>Oakland, CA 94612<br>TELEPHONE NO.: (510) 273-8650<br>ATTORNEY FOR (Name): Plaintiff | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3483 | |
| PLAINTIFF/PETITIONER: Bill Poon & Company<br>DEFENDANT/RESPONDENT: Khalil Bafaiz et al | CASE NUMBER:<br>C07-05566 PJH |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>POON |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Order Requiri Joint Case Management Statement and Appearance at Case Management Conferecne, Standing Order For All Judges of the Northern District of California, ECF Registration Information Handout, General Order No. 45, U District Court Guidelines , Amended Complaint
3. a. Party served: G.A.R.S. Incorporated

   b. Person Served: Gerald W. Felice - Person authorized to accept service of process
4. Address where the party was served: 195 Cadillac Drive
   Sacramento, CA 95825
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* November 30, 2007 (2) at *(time):* 3:10 pm
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   G.A.R.S. Incorporated

   under: CCP 416.10 (corporation)
7. **Person who served papers**
   a. Name: Tyler Dimaria
   b. Address: One Legal, Inc. - 132-Marin
   504 Redwood Blvd #223
   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 44.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 2006-06
         (iii) County SACRAMENTO
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: December 7, 2007

Tyler Dimaria
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)