| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: <br> Kenneth H. Natkin, 85021 <br> LAW OFFICE OF KENNETH H NATKIN <br> 1999 Harrison Street <br> Oakland, CA 94612 <br> ATTORNEY FOR *(Name)*: Plaintiff | TELEPHONE NO.: <br> (510) 273-8650 <br><br> Ref. No. or File No. <br> POON | FOR COURT USE ONLY <br><br> FILED <br> 07 DEC 31 PM 3:42 <br><br> RICHARD W. WIEKING <br> CLERK, U.S. DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|
| Insert name of court, judicial district or branch court, if any: <br><br> United States District Court <br> 450 Golden Gate Avenue <br> San Francisco, CA 94102-3483 ||||
| PLAINTIFF: <br> Bill Poon & Company ||||
| DEFENDANT: <br> Khalil Bafaiz et al ||||
| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: <br> C07-05566 PJH |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, Order Setting Initial Case Management Conference and ADR Deadlines, Order Requiring Joint Case Management Statement and Appearance at Case Management Conferecne, Standing Order For All Judges of the Northern District of California, ECF Registration Information Handout, General Order No. 45, U.S. District Court Guidelines , Amended Complaint

2. Party Served:            Khalil Bafaiz

3. Person Served:           party in item 2

4. Date & Time of Delivery: November 27, 2007    6:08 pm

5. Address, City and State: 2349 Galway Court <br> Tracy, CA  95304

6. Manner of Service:       Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 64.00

Registered California process server. <br>
County: MERCED <br>
Registration No.: 93

Ronnie Mason, Jr. <br>
One Legal, Inc. - 132-Marin <br>
504 Redwood Blvd #223 <br>
Novato, CA  94947 <br>
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on December 31, 2007 at Oakland, California.

Signature: *R. M. J.*

Ronnie Mason, Jr.

FF# 6651622