1  Matthew J. Webb, State Bar #148228
   LAW OFFICES OF MATTHEW J. WEBB
2  409 13th Street, 17th Floor
   Oakland, California 94612
   Telephone:  (510) 444-4224
3  Facsimile: (510) 444-4223

4  Attorney for Defendant
   Khalil Bafaiz, Inderjit Chadha,
5  and Naeem Akram

6

7

8

9                    UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12  BILL POON & COMPANY,              )  Case No. C07-05566 PJH
    ARCHITECTS, INC.                  )
13                                    )  **REQUEST FOR CONTINUANCE OF**
           Plaintiff,                 )  **CASE MANAGEMENT**
14                                    )  **CONFERENCE**
    v.                                )
15                                    )  Date of Conference:  February 07, 2008
    KHALIL BAFAIZ, an individual, NABIL W. )  Time:              2:30 p.m.
16  TAOVIL, an individual, G.A.R.S., Incorporated, )  Courtroom: 3
    a California Corporation, GEORGE G. )
17  PAVANA, an individual, INDERJIT    )
    CHADHA, an individual, NAEEM AKRAM, an )
18  individual, and DOES 1 through 20, inclusive, )
                                      )
19         Defendants.                )
                                      )
20                                    )

21

22         Defendants and cross complainant Khalil Bafaiz, Inderjit Chadha, and Naeem

23  Akram, through is counsel, respectfully requests that the Case Management

24  Conference in the above-captioned case, currently scheduled for February 07, 2008, be

25

26  **REQUEST FOR CONTINUANCE**              1
    **OF CASE MANAGEMENT CONFERENCE**

27

28

1  continued until March 17, 2008. This continuance is requested because defendant filed

2  a cross complaint on December 19, 2007, and the answer is not yet due.  In addition,

3  defendants Nabil W. Taovil, G.A.R.S., Incorporated, and George G. Pavana have yet

4  to appear in the matter.  As such, a continuance is requested so that counsel can meet

5  and confer in a more meaningful way with opposing counsel prior to the Case

6  Management Conference, as more fully delineated in the attached declaration of

7  Matthew J. Webb.

8

9  Dated:  January 10, 2008

10                                        _____/S/_____
                                          LAW OFFICES OF MATTHEW J. WEBB
                                          BY:     Matthew J. Webb, Esq.
11                                        Attorney for Defendants

12                          **SIGNATURE ATTESTATION**

13          As the attorney efiling this document with the court, I hereby attest that I have

14  on file all holograph signatures for any and all signatures indicated by a "conformed"

15  signature (/S/) within this efiled document.

16  Dated: January 10, 2008            THE LAW OFFICES OF MATTHEW J. WEBB

17

18                                 **By:**_____/S/_____
                                   Matthew J. Webb, Esq.
19                                 Attorney for Defendants

20

21

22

23

24

25

26  **REQUEST FOR CONTINUANCE**            2
    **OF CASE MANAGEMENT CONFERENCE**

27

28