Matthew J. Webb, State Bar #148228
LAW OFFICES OF MATTHEW J. WEBB
409 13th Street, 17th Floor
Oakland, California 94612
Telephone: (510) 444-4224
Facsimile: (510) 444-4223

Attorney for Defendant
Khalil Bafaiz, Inderjit Chadha,
and Naeem Akram

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BILL POON & COMPANY, ARCHITECTS, INC.<br><br>            Plaintiff,<br><br>v.<br><br>KHALIL BAFAIZ, an individual, NABIL W. TAOVIL, an individual, G.A.R.S., Incorporated, a California Corporation, GEORGE G. PAVANA, an individual, INDERJIT CHADHA, an individual, NAEEM AKRAM, an individual, and DOES 1 through 20, inclusive,<br><br>            Defendant. | Case No. C07-05566 PJH<br><br>**DECLARATION OF MATTHEW J. WEBB IN SUPPORT OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br><br>Date of Conference: February 07, 2008<br>Time:                     2:30 p.m.<br>Courtroom: 3 |

1.  I, Matthew J. Webb, declare as follows:

2.  I am an attorney admitted to practice law in U.S. District Court, Northern District of California, and am the attorney representing defendants Khalil Bafaiz, Inderjit Chadha, and Naeem Akram in this matter. This declaration is made and

**DECLARATION OF MATTHEW J. WEBB**    1
**IN SUPPORT OF CONTINUANCE OF**
**CASE MANAGEMENT CONFERENCE**

offered in support of Defendant's request for a continuance of the Case Management

Conference, currently scheduled for February 07, 2008, to March 17, 2008.

3. Plaintiff architect filed a copyright infringement action against defendants,

buyers of an undeveloped lot, as well as the engineer and real estate brokers, claiming

buyers were without right to use the approved plans.

4. Defendants Bafaiz, Chadha, and Akram were served with the Complaint in

early December 2007, and filed an answer and cross complaint on or about December

20, 2007, against Melissa Chavis, the seller of the property, Nabil W. Taovil,

G.A.R.S., Incorporated, and George G. Pavana. Defendants are informed and believe

that defendants Nabil W. Taovil, G.A.R.S., Incorporated, and George G. Pavana have

yet to appear in the matter, although they recently retained counsel to represent him in

this matter.

5. A Case Management Conference in this matter is scheduled to take place on

February 07, 2008, and a Joint Case Management Conference Statement is due

January 31, 2008, before certain defendants and/or cross defendants are required to

file a responsive pleadings. As such, the parties' ability to participate meaningfully in

a meet and confer as well as the Case Management Conference is lessened.

6. On January 10, 2008, plaintiff's counsel and I had a telephone conversation

regarding the Joint Case Management Conference Statement, and we agreed that, due

to the absence of indispensable parties, we are not in a position to adequately provide

the information necessary to complete the Joint Case Management Conference

Statement at this time. We agreed to seek a continuance of the scheduled conference.

Opposing counsel suggested that we notify the Court of our current position.

**DECLARATION OF MATTHEW J. WEBB**  2
**IN SUPPORT OF CONTINUANCE OF**
**CASE MANAGEMENT CONFERENCE**

1    7.  As such, Defendant requests continuance of the February 07, 2008, Case

2   Management Conference to March 17, 2008, or later, so that counsel may adequately

3   review this case, and confer with opposing counsel to provide adequate information as

4   required by the Court, or specifically to discuss selection of the ADR process,

5   discovery plan, the trial schedule, and length of trial prior to submitting a Joint Case

6   Management Statement.

7        I declare under penalty of perjury pursuant to the laws of the United States and

8   State of California that the foregoing is true and correct and that this Declaration was

9   executed on January 10, 2008, in Oakland, California

10

11                              _____/s/_____

12                              LAW OFFICES OF MATTHEW J. WEBB
                                BY:    Matthew J. Webb, Esq.
13                              Attorney for Defendants

14

15                         **SIGNATURE ATTESTATION**

16        As the attorney efiling this document with the court, I hereby attest that I have

17   on file all holograph signatures for any and all signatures indicated by a "conformed"

18   signature (/S/) within this efiled document.

19   Dated: January 10, 2008          THE LAW OFFICES OF MATTHEW J. WEBB

20                              **By**: _____/S/_____

21                              Matthew J. Webb
                                Attorney for Defendants

22

23

24

25

26   **DECLARATION OF MATTHEW J. WEBB**     3
     **IN SUPPORT OF CONTINUANCE OF**
27   **CASE MANAGEMENT CONFERENCE**

28