```
Matthew J. Webb, State Bar #148228
LAW OFFICES OF MATTHEW J. WEBB
409 13th Street, 17th Floor
Oakland, California 94612
Telephone: (510) 444-4224
Facsimile: (510) 444-4223

Attorney for Defendant
Khalil Bafaiz, Inderjit Chadha,
and Naeem Akram
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BILL POON & COMPANY, ARCHITECTS, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>KHALIL BAFAIZ, an individual, NABIL W. TAOVIL, an individual, G.A.R.S., Incorporated, a California Corporation, GEORGE G. PAVANA, an individual, INDERJIT CHADHA, an individual, NAEEM AKRAM, an individual, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. C07-05566 PJH<br><br>**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date of Conference: February 07, 2008<br>Time:　　　　　　　2:30 p.m.<br>Courtroom: 3 |

　　　　Defendants and cross complainant Khalil Bafaiz, Inderjit Chadha, and Naeem Akram, through is counsel, respectfully requests that the Case Management Conference in the above-captioned case, currently scheduled for February 07, 2008, be

**REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**　　　　1

1  continued until March 17, 2008. This continuance is requested because defendant filed
2  a cross complaint on December 19, 2007, and the answer is not yet due.  In addition,
3  defendants Nabil W. Taovil, G.A.R.S., Incorporated, and George G. Pavana have yet
4  to appear in the matter.  As such, a continuance is requested so that counsel can meet
5  and confer in a more meaningful way with opposing counsel prior to the Case
6  Management Conference, as more fully delineated in the attached declaration of
7  Matthew J. Webb.
8
9  Dated:  January 10, 2008
                                              _____/S/_____
                                              LAW OFFICES OF MATTHEW J. WEBB
10                                            BY:    Matthew J. Webb, Esq.
                                              Attorney for Defendants
11

12                          **SIGNATURE ATTESTATION**
13     As the attorney efiling this document with the court, I hereby attest that I have
14  on file all holograph signatures for any and all signatures indicated by a "conformed"
15  signature (/S/) within this efiled document.
16  Dated: January 10, 2008            THE LAW OFFICES OF MATTHEW J. WEBB
17
18                                     **By:**_____/S/_____
                                       Matthew J. Webb, Esq.
19                                     Attorney for Defendants
20

22                        1/11/08

26  REQUEST FOR CONTINUANCE           2
    OF CASE MANAGEMENT CONFERENCE
27
28

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA