1  Matthew J. Webb, State Bar #148228
   LAW OFFICES OF MATTHEW J. WEBB
   409 13th Street, 17th Floor
2  Oakland, California 94612
   Telephone: (510) 444-4224
3  Facsimile: (510) 444-4223

4  Attorney for Defendant
   Khalil Bafaiz, Inderjit Chadha,
5  and Naeem Akram

6

7

8

   UNITED STATES DISTRICT COURT
9
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
   OAKLAND DIVISION
11

12 | BILL POON & COMPANY, ARCHITECTS, INC. | ) ) ) | Case No. C07-05566 PJH |
   |---|---|---|
13 | Plaintiff, | ) ) ) | **REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** AND AMENDED ORDER |
14 | v. | ) ) | |
15 | KHALIL BAFAIZ, an individual, NABIL W. TAOVIL, an individual, G.A.R.S., Incorporated, a California Corporation, GEORGE G. PAVANA, an individual, INDERJIT CHADHA, an individual, NAEEM AKRAM, an individual, and DOES 1 through 20, inclusive, | ) ) ) ) ) ) ) ) | Date of Conference: February 07, 2008
Time:                         2:30 p.m.
Courtroom: 3 |
18 | Defendants. | ) ) ) | |

20

21

22
         Defendants and cross complainant Khalil Bafaiz, Inderjit Chadha, and Naeem
23
   Akram, through is counsel, respectfully requests that the Case Management
24
   Conference in the above-captioned case, currently scheduled for February 07, 2008, be
25

26 **REQUEST FOR CONTINUANCE**           1
   **OF CASE MANAGEMENT CONFERENCE**

27

28

Case 3:07-cv-05566-PJH    Document 19    Filed 01/11/2008    Page 2 of 2

continued until March ~~17~~, 2008. This continuance is requested because defendant filed a cross complaint on December 19, 2007, and the answer is not yet due. In addition, defendants Nabil W. Taovil, G.A.R.S., Incorporated, and George G. Pavana have yet to appear in the matter. As such, a continuance is requested so that counsel can meet and confer in a more meaningful way with opposing counsel prior to the Case Management Conference, as more fully delineated in the attached declaration of Matthew J. Webb.

Dated:  January 10, 2008

> _____/S/_____
> LAW OFFICES OF MATTHEW J. WEBB
> BY:    Matthew J. Webb, Esq.
> Attorney for Defendants

**SIGNATURE ATTESTATION**

As the attorney efiling this document with the court, I hereby attest that I have on file all holograph signatures for any and all signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: January 10, 2008        THE LAW OFFICES OF MATTHEW J. WEBB

**By:**_____/S/_____
Matthew J. Webb, Esq.
Attorney for Defendants

1/11/08

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REQUEST FOR CONTINUANCE             2
OF CASE MANAGEMENT CONFERENCE