1  Kenneth H. Natkin (Bar No. 85021)
   LAW OFFICES KENNETH NATKIN
2  1901 Harrison Street, Suite 900
   Oakland, CA., 94612
3  Telephone: (510) 273-8650
   Facsimile: (510) 273-8652
4  Email: ken@natkinlaw.com

5  Attorney for Plaintiff
   BILL POON & COMPANY,
6  ARCHITECTS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 BILL POON & COMPANY,          )   Case No. C07-05566
   ARCHITECTS, INC.,             )
11                               )   ATTESTATION OF FILER
         Plaintiff,              )
12                               )
   v.                            )
13                               )
   KHALIL BAFAIZ, an individual, )
14 NABIL W. TAOVIL, an individual,)
   G.A.R.S. Incorporated, a      )
15 California Corporation, GEORGE )
   G. PAVANA, an individual,     )
16 INDERJIT CHADHA, an individual,)
   NAEEM AKRAM, an individual,   )
17 and DOES 1 through 20,        )
   inclusive,                    )
18                               )
         Defendants.             )
19 _____)

20     I, Kenneth H. Natkin, declare that Bill Poon concurs with

21 the filing of the ADR Certification By Parties and Counsel to

22 which this declaration is attached.

23     I make this declaration under penalty of perjury under the

24 laws of the State of California.

25 Dated: 28 February 2008

26                                      _____
                                        Kenneth Natkin, Attorney
27                                      For Plaintiff Bill Poon

28