Matthew J. Webb, State Bar #148228
LAW OFFICES OF MATTHEW J. WEBB
409 13th Street, 17th Floor
Oakland, California 94612
Telephone: (510) 444-4224
Facsimile: (510) 444-4223

Attorney for Defendant
Naeem Akram, Inderjit Chadha, & Khalil Bafaiz

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BILL POON & COMPANY, ARCHITECTS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>KHALIL BAFAIZ, an individual, NABIL W. TAOVIL, an individual, G.A.R.S., Incorporated, a California Corporation, GEORGE G. PAVANA, an individual, INDERJIT CHADHA, an individual, NAEEM AKRAM, an individual, and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. C07-05566 PJH<br><br>JOINT CASE MANAGEMENT CONFERENCE OF DEFENDANTS KHALIL BAFAIZ, INDERJIT CHADHA and NAEEM AKRAM<br><br>Date: 20 March 2008<br>Time: 2:30 p.m.<br>Place: Crtrm 3, 17th Flr.<br>Judge: Hon. Phyllis Hamilton |

## JOINT CASE MANAGEMENT STATEMENT

Pursuant to Federal Rule of Civil Procedure 26(f), Civil Local Rule 16-10, and this court's Order Requiring Joint Case Management Statement and Appearance at Case Management Conference, Plaintiff BILL POON & COMPANY, ARCHITECTS, INC. (hereinafter referred to as "Poon"), Defendants KHALIL BAFAIZ, INDERJIT CHADHA, and NAEEM AKRAM (hereinafter collectively referred to as "Group One

1  Defendants"), and Defendants G.A.R.S., GEORGE G. PAVANA, and NABIL W.
2  TAOVIL (hereinafter collectively referred to as "Group Two Defendants"), through
3  their undersigned counsel, met and conferred on March 6, 2008.

4      1. **Jurisdiction and Service**:

5      Group One Defendants' Response: This court has subject matter jurisdiction
6  under the federal Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq.,
7  and for the related claims of unfair competition, and conversion. This Court has
8  jurisdiction of this action under 28 U.S.C. Sections 1331, 1338(a) and
9  1338(b), and under its supplemental jurisdiction.

10     Cross-Defendant Melissa Chavis has not yet been served. The last day for
11 service upon Ms. Chavis is April 17, 2008.

12     2. **Facts**:

13     Group One Defendants' Response: Melissa Chavis was the owner of two
14 adjoining real properties, commonly known as 25289 Campus Drive and 25273
15 Campus Drive, in the City of Hayward, County of Alameda, State of California,
16 (hereinafter collectively referred to as the "Properties"). In or about May 2004,
17 Chavis retained Plaintiff Bill Poon & Company Architects, Inc., to prepare drawings
18 for the design and construction of three new homes on the property. Poon prepared
19 design plans for the residence to be built at 25289 Campus Drive, bearing a revision
20 date of October 28, 2005. Plaintiff Poon contends that it also prepared drawing for
21 25273 Campus Drive.

22     Poon contends that it retained a copyright interest in the plans. Poon contends
23 that each sheet of Architectural Drawings created and prepared by POON constitutes
24 copyright laws of the United States, as is the architectural work embodied therein, and
25 that each sheet of drawings bore the following notice: © 2005 Bill Poon. In 2005, Ms.
26 Chavis submitted the drawings for 25289 Campus Drive to the City of Hayward for
27 approval, and building was permitted in October 2005. Thereafter, however, Ms.

JOINT CASE MANAGEMENT CONFERENCE    2
OF DEFENDANTS KHALIL BAFAIZ,
INDERJIT CHADHA and NAEEM AKRAM

Chavis decided to market the lots for sale, and retained Defendant Nabil W. Taovil, with G.A.R.S., Incorporated, to list the undeveloped lots for sale.

Ms. Chavis entered into a Vacant Land Purchase Agreement dated on or about April 26, 2006, with defendant Khalil Bafaiz, an estate developer. Defendant Taovil represented both defendant Bafaiz and Chavis in the transaction. Defendant purchased 25289 Campus Drive for $235,000.00, and 25273 Campus Drive for $280,000.00. The latter property was purchased at a premium because it had an approved set of plans. Ms. Chavis represented that she could deliver the plans, and never indicated any impediment to delivery of the plans.

Defendant Bafaiz retained Inderjit Chadha, as his engineer, and Naeem Akram as the general contractor, and construction work commenced shortly after close of escrow. All defendants received a letter dated on or about January 26, 2007 from plaintiff Poon, claiming a copyright interest in the drawings, and demanding that defendants cease construction.

Defendant AKRAM has been acting engaged by Defendant to construct the residence at 25289 Campus Drive. Defendant denies that in so constructing the residence, he distributed Plaintiff's copyrighted work. The remaining allegations of this paragraph are legal conclusions. To the extent that these allegations are considered factual, Defendant denies such allegations.

Plaintiff seeks damages against said defendants for violation of copyright. Defendant Taovil has filed a cross claim against Ms. Chavis, for indemnity, while defendant Bafaiz has filed a cross claim against Taovil, and Chavis, also for indemnity.

3. **Legal Issues**:

Group One Defendants' Response: The legal issues in this matter are 1) whether or not there has been a copyright infringement; 2) whether or not the non-assignment clause is enforceable; and 3) whether or not there has been a waiver.

4. **Motions**:

<u>Group One Defendants' Response</u>: No motions are planned at this time.

5. **Amendment of Pleadings**:

<u>Joint Response</u>: The parties stipulate that any amendments to the pleadings will be filed by 20 May 2008.

6. **Evidence Preservation**:

<u>Joint Response</u>: Counsel for the parties shall communicate to their respective clients that they are to retain and preserve electronically stored information so that all relevant information is discovered. The parties have agreed to exchange CD's of all electronically stored information, including documents (other than drawings) and project records. CADD documents will also be retained and preserved but need not be produced on a CD at this time.

7. **Disclosures**:

<u>Joint Response</u>: The disclosures required by Federal Rule of Civil Procedure 26 will be completed on Thursday March 13, 2008.

8. **Discovery**:

<u>Joint Response</u>: No discovery has taken place to date. As stated, the Initial Disclosures required by Federal Rule of Civil Procedure 26 (a)(1) will be completed on Thursday March 13, 2008.

<u>Group One Defendants' Response</u>:

Disclosure of Experts; Rule 26(a)(2):

   Identity of Experts and Expert Written Reports: 90 days before trial.

   Rebuttal: 30 days thereafter.

Pretrial Disclosures; Rule 26(a)(3): 30 days before trial.

Discovery Scope and Limits:

JOINT CASE MANAGEMENT CONFERENCE OF DEFENDANTS KHALIL BAFAIZ, INDERJIT CHADHA and NAEEM AKRAM         4

Interrogatories: Each party shall entitled to propound 35 interrogatories upon each of the other parties.

Requests For Admissions: Each party shall entitled to propound 35 Requests For Admissions upon each of the other parties.

Depositions: Each party and each disclosed expert may be deposed one time only. Depositions shall not exceed one day in length. Each party shall be entitled to notice the deposition of no more than two non-party witnesses. Such depositions shall not exceed one-half day in length.

Discovery Cut-off: 30 days before trial

9. **Class Actions**:

Joint Response: Inapplicable

10. **Related Cases**:

Joint Response: None

11. **Relief**:

Group One Defendants' Response:

Group One Defendants request that plaintiff take nothing by way of the complaint, and further, should plaintiff be entitled to relief, that Chavis and/or Taovil be required to indemnify said defendants.

12. **Settlement and ADR**:

Joint Response: There have been no substantive settlement discussions. The parties have agreed upon Early Neutral Evaluation.

13. **Consent to Magistrate Judge For All Purposes**:

Group One Defendants' Response: Group Two Defendants are not willing to have a magistrate judge conduct all further proceedings, therefore the point is moot.

14. **Other References**:

Group One Defendants' Response: Not suitable.

15. **Narrowing of Issues**:

JOINT CASE MANAGEMENT CONFERENCE OF DEFENDANTS KHALIL BAFAIZ, INDERJIT CHADHA and NAEEM AKRAM     5

<u>Group One Defendants' Response</u>: At this time, it does not appear that any issues can be narrowed by agreement. Presentation of evidence may be expedited by stipulation to certain facts.

16. **Expedited Schedule**:

<u>Group One Defendants' Response</u>: It does not appear that this case can be handled on an expedited basis.

17. **Scheduling**:

<u>Poon's Response</u>: See section 8 above. Poon requests that trial be set to commence no later than early October, 2008, with the Pretrial Conference scheduled 90 days before. Potentially dispositive motions shall be filed at least 120 days prior to trial.

<u>Group One Defendants' Response</u>: Group One Defendants request a trial date in November 2008, or March 2009.

18. **Trial**:

<u>Joint Response</u>: Trial is estimated to take two weeks.

19. **Disclosure of Non-Party Interested Entities or Persons:**

<u>Joint Response</u>: No party has filed a "Certification of Interested Entities or Persons. There are no such entities or persons to identify who have (i) a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

20. **Other Matters**:

<u>Group One Defendants' Response</u>: None.

Dated: March 13, 2008

                                 _____/S/_____
                                 LAW OFFICES OF MATTHEW J. WEBB
                                 BY:   Matthew J. Webb, Esq.
                                 Attorney for Defendants

///

**SIGNATURE ATTESTATION**

As the attorney efiling this document with the court, I hereby attest that I have on file all holograph signatures for any and all signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: March 13, 2008            THE LAW OFFICES OF MATTHEW J. WEBB

**By:**_____ **/S/**_____
Matthew J. Webb, Esq.
Attorney for Defendants

JOINT CASE MANAGEMENT CONFERENCE
OF DEFENDANTS KHALIL BAFAIZ,
INDERJIT CHADHA and NAEEM AKRAM          7