UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

Date:  March 20, 2008                                JUDGE:  Phyllis J. Hamilton

Case No:  C-07-5566  PJH

Case Name: Bill Poon & Company, Architects, Inc v. Kahlil Bafaiz, et al.

Attorney(s) for Plaintiff:        Kenneth H. Natkin
Attorney(s) for Defendant:     Matthew Webb; Gerald Filice (appears late)

**Deputy Clerk**: Nichole Heuerman            **Court Reporter**: Not Reported

**PROCEEDINGS**

　　　Initial Case Management Conference-Held.  The parties shall exchange all disclosures within 30 days.  The court informs the parties that the standard discovery limitations will apply pursuant to the federal rules of civil procedure.  The court sets a pretrial schedule.  Mr. Filice appears after the calling of the case.  The court informs Mr. Filice that he will need to comply with the schedule imposed.  The court will not issue an order to show cause.


**REFERRALS:**

[x] Case referred to ADR for ENE to be completed within 150 days.


**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff: 12/19/08**
**Expert disclosure: 11/19/08**
**Expert discovery cutoff: 12/19/08**
**Motions heard by: 2/18/09**
**Pretrial Conference: 6/18/09 at 2:30 p.m.**
**Trial: 7/13/09 at  8:30 a.m., for 8 days, by [x] Jury  []  Court**

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**Notes:**

**cc:** file; ADR