# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

KHALIL BAFAIZ,
Defendant and Cross-Claimant

V.

MELISSA CHAVIS, an individual, NABIL W. TAOVIL, an individual, G.A.R.S., Incorporated, a California Corporation, GEORGE G. PAVANA

CROSS CLAIM
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07-05566 PJH

E-filing

TO: (Name and address of defendant)

Melissa Chavis
28854 Bailey Ranch Road
Hayward, CA 94542

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Matthew J. Webb, Esq.
LAW OFFICES OF MATTHEW J. WEBB
409 13th Street, 17th Floor
Oakland, California 94612

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Felicia Reloba
(BY) DEPUTY CLERK

DATE 3/24/08