| ATTORNEY OR PARTY WITHOUT ATTORNEY: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MATTHEW J. WEBB (SBN 148228)<br>LAW OFFICES OF MATTHEW J. WEBB<br>409 - 13TH STREET, 17TH FLOOR<br>OAKLAND, CA 94612 | 510-444-4224 | |
| ATTORNEY FOR (Name): KHALIL BAFAIZ | | |

Insert name of court and name of judicial district and branch court if any:
UNITED STATES DISTRICT COURT

SHORT TITLE OF CASE:
BILL POON & COMPANY ARCHITECTS VS. KHALIL BAFAIZ

| PROOF OF SERVICE<br>(SUMMONS IN A CIVIL CASE) | DATE: | TIME: | DEPT./DIV.: | CASE NUMBER:<br>C07-05566 PJH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and **I served copies** of the following *documents:*
   **Cross Claim Summons in a Civil Case; Answer and Cross Claim of Defendant Khalil Bafaiz;**

2. a. Party served: **MELISSA CHAVIS**

   b. Person served: **same as 2.a.**

   c. Address: **7245 LAMAR LOOP, CASTRO VALLEY, CA 94552**

3. I served the party named in item 2

   a. **By personally delivering** the documents on *(date)*: **TUESDAY, APRIL 08, 2008**   at *(time)*: **08:08 PM**

5. Person who served the papers:

   a. **JIMMY COSBY**
   b. **BAY CITIES ATTORNEY SERVICE**
   600 – 16TH STREET, SUITE 25
   OAKLAND, CA 94612-1281
   c. (510) 419-0400

   d. The fee for service was: $ 42.00
   e. I am a Registered California process server:
   (i) ☐ independent contractor
   (ii) Registration No.: 476
   (iii) County: ALAMEDA

6. **I declare** under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: APRIL 8, 2008

_____
(SIGNATURE)

PROOF OF SERVICE
(SUMMONS IN A CIVIL CASE)