# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Bill Poon & Company, Architects, Inc.,<br><br>            Plaintiff(s),<br><br>    v.<br><br>Bafaiz,<br><br>            Defendant(s). | 07-05566 PJH ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **Stuart L. Gasner**
> Keker & Van Nest, L.L.P.
> 710 Sansome St.
> San Francisco, CA 94111
> 415-676-2209
> slg@kvn.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05566 PJH ENE                                  - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: April 24, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

———————————————
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05566 PJH ENE                         - 2 -