```
 1  Kenneth H. Natkin (Bar No. 85021)
    LAW OFFICES KENNETH NATKIN
 2  1901 Harrison Street, Suite 900
    Oakland, CA., 94612
 3  Telephone: (510) 273-8650
    Facsimile: (510) 273-8652
 4  Email: ken@natkinlaw.com

 5  Attorney for Plaintiff
    BILL POON & COMPANY,
 6  ARCHITECTS, INC.

 7
                      UNITED STATES DISTRICT COURT
 8
                    NORTHERN DISTRICT OF CALIFORNIA
 9
    BILL POON & COMPANY,           )   Case No. C07-05566 PJH
10  ARCHITECTS, INC.,              )
                                   )   (Proposed) ORDER TO
11       Plaintiff,                )   COMPEL DISCLOSURE
                                   )
12  v.                             )
                                   )
13  KHALIL BAFAIZ, an individual,  )
    NABIL W. TAOVIL, an individual,)
14  G.A.R.S. Incorporated, a       )
    California Corporation, GEORGE )
15  G. PAVANA, an individual,      )
    INDERJIT CHADHA, an individual,)
16  NAEEM AKRAM, an individual,    )
    and DOES 1 through 20,         )
17  inclusive,                     )
                                   )
18       Defendants.               )
                                   )
19  _____)
                                   )
    KHALIL BAFAIZ,                 )
20                                 )
         Cross-Claimant            )
21                                 )
    v.                             )
22                                 )
    MELISSA CHAVIS, an individual, )
23  NABIL W. TAOVIL, an individual,)
    G.A.R.S., Incorporated, a      )
24  California Corporation, GEORGE )
    PAVANA, and individual,        )
25                                 )
         Cross-Defendants          )   Date: 18 June 2008
26                                 )   Time: 9:00 a.m.
                                   )   Courtroom: 3
27  _____)

28  PLAINTIFF'S MOTION TO COMPEL DISCLOSURE   1
```

1  On June 18, 2008, at 9:00 a.m., this matter came on for
2  hearing on motion of Plaintiff for an order requiring Defendants
3  KAHLIL BAFAIZ ("BAFAIZ"), NAEEM AKRAM ("AKRAM"), INDERJIT CHADHA
4  ("CHADHA"), G.A.R.S. INCORPORATED ("GARS"), GEORGE G. PAVANA
5  ("PAVANA"), and NABIL TAOVIL ("TAOVIL") to comply with this
6  Court's order to exchange disclosures and for an order that
7  Defendants BAFAIZ, AKRAM, CHADHA, GARS, PAVANA and TAOVIL or
8  their attorneys advising such conduct pay the moving party the
9  sum of $2,362.50 as the reasonable costs and attorney fees
10 incurred by the moving party in connection with this proceeding.
11 Upon consideration of the evidence, and good cause appearing,
12 Plaintiff's motion is granted and,
13     IT IS HEREBY ORDERED that:
14     Defendants BAFAIZ, AKRAM, CHADHA, GARS, PAVANA, and TAOVIL
15 comply with this Court's order to exchange disclosures and
16 Defendants BAFAIZ, AKRAM, CHADHA, GARS, PAVANA and TAOVIL or
17 their attorneys advising such conduct pay the moving party the
18 sum of $2,362.50 as the reasonable costs and attorney fees
19 incurred by the moving party in connection with this proceeding.
20     IT IS SO ORDERED.
21 DATED: ____ June, 2008

                                    _____
                                    United States District Judge

ORDER TO COMPEL DISCLOSURE                    2