Kenneth H. Natkin (Bar No. 85021)
LAW OFFICES KENNETH NATKIN
1901 Harrison Street, Suite 900
Oakland, CA., 94612
Telephone: (510) 273-8650
Facsimile: (510) 273-8652
Email: ken@natkinlaw.com

Attorney for Plaintiff
BILL POON & COMPANY,
ARCHITECTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL POON & COMPANY, ARCHITECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KHALIL BAFAIZ, an individual, NABIL W. TAOVIL, an individual, G.A.R.S. Incorporated, a California Corporation, GEORGE G. PAVANA, an individual, INDERJIT CHADHA, an individual and DOES 1 through 20, inclusive, <br><br> Defendants. <br>_____<br> KHALIL BAFAIZ, <br><br> Cross-Claimant <br><br> v. <br><br> MELISSA CHAVIS, an individual, NABIL W. TAOVIL, an individual, G.A.R.S., Incorporated, a California Corporation, GEORGE PAVANA, and individual, <br><br> Cross-Defendants <br>_____ | Case No. C07-05566 PJH <br><br> NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER TO MAKE DISCLOSURES <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Date: 18 June 2008 <br> Time: 9:00 a.m. <br> Courtroom: 3 |

PLAINTIFF'S MOTION FOR SANCTIONS        1

TO KAHLIL BAFAIZ, NAEEM AKRAM, AND INDERJIT CHADHA AND TO G.A.R.S. INCORPORATED, GEORGE G. PAVANA, AND NABIL TAOVIL AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON June 18, 2008 at 9:00 a.m, or as soon thereafter as the matter may be heard in the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California, 94102, Plaintiff BILL POON & COMPANY, ARCHITECTS ("POON"), will and hereby does move this Court for an order rendering default judgment against Defendants KAHLIL BAFAIZ ("BAFAIZ"), NAEEM AKRAM ("AKRAM"), INDERJIT CHADHA ("CHADHA"), G.A.R.S. INCORPORATED ("GARS"), GEORGE G. PAVANA ("PAVANA"), and NABIL TAOVIL ("TAOVIL") as sanction for failure to comply with this Court's orders to exchange disclosures. Plaintiff also moves for an order that Defendants BAFAIZ, AKRAM, CHADHA, GARS, PAVANA and TAOVIL or their attorneys advising such conduct pay the moving party the sum of $945.00 as the reasonable costs and attorney fees incurred by the moving party in connection with this proceeding. This motion is made on the grounds that said defendants did, without substantial justification, fail to comply with this Court's orders of November 1, 2007 requiring initial disclosures and Judge Hamilton's order of March 20, 2008 that parties were to exchange disclosures within thirty days.

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith and the Declaration of Kenneth Natkin attached hereto and incorporated herein.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. INTRODUCTION**

1. This Motion for Sanctions is brought pursuant to Federal Rule of Civil Procedure 37 (b), following Defendants' failure to make initial disclosures as ordered by this court.

## II. ARGUMENT

A. <u>Sanctions are warranted because Defendants have failed to comply with two court orders to exchange all disclosures.</u>

1. Federal Rule of Civil Procedure 37 (b)(2)(A) provides that if a party fails to obey an order to provide discovery, including an order under Rule 37(a), the court where the action is pending may issue further just orders, which may include rendering a default judgment against the disobedient party [FRCP 37 (b)(2)(A)(vi)] and, in addition, payment of the reasonable attorney fees caused by the failure, unless the failure was substantially justified or other circumstances make an award of expenses unjust [FRCP 37 (b)(2)©]. See also Federal Rule 37 (c)(1)(C).

2. At the Initial Case Management Conference conducted by Judge Phyllis Hamilton on March 20, 2008, counsel for Plaintiff, Kenneth Natkin, complained that Defendants had not complied with the requirements of the Order Setting the Initial Case Management Conference, issued by this court on November 1, 2007, requiring initial disclosures pursuant to Federal Rule of Civil Procedure 26 (a)(1)(A)(ii), whereupon Judge Hamilton ordered that the parties were to exchange all disclosures within thirty days (see Civil Minutes dated March 20, 2008).

3. Defendants BAFAIZ, AKRAM, CHADHA, GARS, PAVANA and TAOVIL have not fully complied with Judge Hamilton's order despite the good faith attempts by counsel for Plaintiff to confer and obtain

the disclosures without court action (Declaration of Kenneth Natkin attached hereto, paragraphs 3, 4, 5 and 6).

### III. CONCLUSION

Defendants have, without substantial justification and in the absence of other circumstances making an award of expenses unjust, failed to comply with not one, but two explicit court orders. The first, the Order Setting the Initial Case Management Conference issued by this court on November 1, 2007 and the second, the Order made by Judge Hamilton on March 20, 2008. Plaintiff is entitled to the sanctions requested: rendering of a default judgment and payment of the legal fees incurred.

DATED: 14 May, 2008

                                              /s/_____
                                              Kenneth Natkin, Attorney for Plaintiff BILL POON & COMPANY, ARCHITECTS