Kenneth H. Natkin (Bar No. 85021)
LAW OFFICES KENNETH NATKIN
1901 Harrison Street, Suite 900
Oakland, CA., 94612
Telephone: (510) 273-8650
Facsimile: (510) 273-8652
Email: ken@natkinlaw.com

Attorney for Plaintiff
BILL POON & COMPANY,
ARCHITECTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL POON & COMPANY, ARCHITECTS, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KHALIL BAFAIZ, an individual, NABIL W. TAOVIL, an individual, G.A.R.S. Incorporated, a California Corporation, GEORGE G. PAVANA, an individual, INDERJIT CHADHA, an individual, NAEEM AKRAM, an individual, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants.<br>_____ | Case No. C07-05566<br><br>ATTESTATION OF FILER |

I, Kenneth H. Natkin, declare that Bill Poon concurs with the filing of the ADR Certification By Parties and Counsel to which this declaration is attached.

I make this declaration under penalty of perjury under the laws of the State of California.

Dated: 28 February 2008

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Kenneth Natkin, Attorney
　　　　　　　　　　　　　　　For Plaintiff Bill Poon