## Kenneth Natkin

**From:** Kenneth Natkin [ken@natkinlaw.com]
**Sent:** Tuesday, April 22, 2008 2:46 PM
**To:** 'mwebblaw@cs.com'; 'gwfilice@pacbell.net'
**Subject:** Poon v. Bafaiz et al

Gentlemen:

The court had ordered that all pretrial disclosures were to have been exchanged within 30 days, which be my calculation, was yesterday. What is your intention? You were supposed to have done this last month. If I do not receive the disclosures this week, including those from your client's computers, as required, I will bring this to the court's attention and seek sanctions.

Gerald: While I am here, I believe the last day for you to serve Ms. Chavis was last week, on the 17th. Did you not do it?

Kenneth Natkin
Attorney at Law/ Arbitrator/ Mediator
1901 Harrison Street, Suite 900
Oakland, CA. 94612
Tel: (510) 273-8650
Fax: (510) 273-8652
E-mail: ken@natkinlaw.com

STATEMENT OF CONFIDENTIALITY
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. This information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination is strictly prohibited. If you are not the inended recipient, please immediately notify the sender by reply e-mail or by telephone at (510) 273-8650 and delete the message and its attachments, if any. Thank you.

EXHIBIT A

## Kenneth Natkin

**From:** Kenneth Natkin [ken@natkinlaw.com]
**Sent:** Monday, May 05, 2008 2:42 PM
**To:** 'mwebblaw@cs.com'
**Cc:** 'bill@billpoon.com'
**Subject:** Poon v. Bafaiz

Matthew:

I would like written clarification and/or confirmation:

At the time of disclosure, when you gave me the documents pursuant to Rule 26, I understood you to say that the documents were from your file and only from Bafaiz. Is this correct? If not, how am I to know which documents are from which client? And if so, where are the documents from Chadha and from Akram? And where is the disc of electronically stored documents from all three of your clients? And what about the drawings in the possession of Bafaiz, of Akram and of Chadha? Surely they have copies of drawings.

I would appreciate your immediate response.

Kenneth Natkin
Attorney at Law/ Arbitrator/ Mediator
1901 Harrison Street, Suite 900
Oakland, CA. 94612
Tel: (510) 273-8650
Fax: (510) 273-8652
E-mail: ken@natkinlaw.com

STATEMENT OF CONFIDENTIALITY
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. This information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination is strictly prohibited. If you are not the inended recipient, please immediately notify the sender by reply e-mail or by telphone at (510) 273-8650 and delete the message and its attachments, if any. Thank you.

EXHIBIT B

5/5/2008

## Kenneth Natkin

**From:** Kenneth Natkin [ken@natkinlaw.com]
**Sent:** Monday, May 05, 2008 2:56 PM
**To:** 'gwfilice@pacbell.net'
**Cc:** 'bill@billpoon.com'
**Subject:** Poon v. Bafaiz

Gerald:

You said you would inquire of your clients about electronically stored documents. Please let me know if I can expect to receive CD's.

Also, do your clients have copies of any drawings?

Finally, I have reviewed the documents you sent me, and I do not find a copy of the Counter Offer No. 1 nor of Addendum No. 2.. Copies had been sent to me by Lulofs and I would expect that your clients would have copies as well.  Please look into this as well.

Lastly, how am I to distinguish which documents came from G.A.R.S., which from Pavana's files, and which from Taovils?

Kenneth Natkin
Attorney at Law/ Arbitrator/ Mediator
1901 Harrison Street, Suite 900
Oakland, CA. 94612
Tel: (510) 273-8650
Fax: (510) 273-8652
E-mail: ken@natkinlaw.com

STATEMENT OF CONFIDENTIALITY
The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. This information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination is strictly prohibited. If you are not the inended recipient, please immediately notify the sender by reply e-mail or by telephone at (510) 273-8650 and delete the message and its attachments, if any. Thank you.

EXHIBIT C

5/5/2008