Kenneth H. Natkin (Bar No. 85021)
LAW OFFICES KENNETH NATKIN
1901 Harrison Street, Suite 900
Oakland, CA., 94612
Telephone: (510) 273-8650
Facsimile: (510) 273-8652
Email: ken@natkinlaw.com

Attorney for Plaintiff
BILL POON & COMPANY,
ARCHITECTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL POON & COMPANY, ARCHITECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KHALIL BAFAIZ, an individual, NABIL W. TAOVIL, an individual, G.A.R.S. Incorporated, a California Corporation, GEORGE G. PAVANA, an individual, INDERJIT CHADHA, an individual and DOES 1 through 20, inclusive, <br><br> Defendants. <br>_____<br> KHALIL BAFAIZ, <br><br> Cross-Claimant <br><br> v. <br><br> MELISSA CHAVIS, an individual, NABIL W. TAOVIL, an individual, G.A.R.S., Incorporated, a California Corporation, GEORGE PAVANA, and individual, <br><br> Cross-Defendants <br>_____ | Case No. C07-05566 PJH <br><br> (Proposed) ORDER RENDERING SANCTIONS FOR FAILURE TO COMPLY WITH COURT ORDER TO MAKE DISCLOSURES <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Date: 18 June 2008 <br> Time: 9:00 a.m. <br> Courtroom: 3 |

ORDER FOR SANCTIONS

On June 18, 2008, at 9:00 a.m., this matter came on for hearing on motion of Plaintiff BILL POON & COMPANY, ARCHITECTS for an Order rendering default judgment against Defendants KAHLIL BAFAIZ ("BAFAIZ"), NAEEM AKRAM ("AKRAM"), INDERJIT CHADHA ("CHADHA"), G.A.R.S. INCORPORATED ("GARS"), GEORGE G. PAVANA ("PAVANA"), and NABIL TAOVIL ("TAOVIL") as sanction for failure to comply with this Court's orders to exchange disclosures. Plaintiff also moves for an order that Defendants BAFAIZ, AKRAM, CHADHA, GARS, PAVANA and TAOVIL or their attorneys advising such conduct pay the moving party the sum of $945.00 as the reasonable costs and attorney fees incurred by the moving party in connection with this proceeding. Upon consideration of the evidence, and good cause appearing, Plaintiff's motion is granted and,

IT IS HEREBY ORDERED that:

Default be entered against Defendants BAFAIZ, AKRAM, CHADHA, G.A.R.S. INCORPORATED, PAVANA, and TAOVIL for damages according to proof, and that Defendants BAFAIZ, AKRAM, CHADHA, G.A.R.S. INCORPORATED, PAVANA, and TAOVIL or their attorneys advising such conduct pay the moving party the sum of $945.00 as the reasonable costs and attorney fees incurred by the moving party on connection with this proceeding.

IT IS SO ORDERED.

Dated: ___ June, 2008

_____
United States District Judge

ORDER FOR SANCTIONS