UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL POON & COMPANY,
ARCHITECTS, INC.,

        Plaintiff,

    v.

KHALIL BAFAIZ, an individual, et al.,

        Defendants.
_____/

No. C 07-5566 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

      Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of plaintiff's motion to compel disclosure, plaintiff's motion for sanctions for failure to comply with court order to make disclosures, and for all further discovery.

      The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

      IT IS SO ORDERED.

Dated:  May 16, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge

cc:  Wings, Assigned M/J, counsel of record