UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BILL POON & COMPANY ARCHITECTS, INC., | ) ) | |
|---|---|---|
| Plaintiff(s), | ) ) ) | No. C 07-5566 PJH (BZ) |
| v. | ) ) | **ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE** |
| KHALIL BAFAIZ, an individual, et al., | ) ) ) | |
| Defendant(s). | ) ) ) | |

Plaintiff's discovery motions have been referred to me. By **5:00 p.m. on May 21, 2008**, defendants shall file and serve a letter of no more than two pages stating their position on the pending disputes. A telephone conference to discuss the disputes is scheduled for **Friday, May 23, 2008 at 9:00 a.m.** Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: May 19, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\BILL POON & CO. ARCHITECTS V. BAFAIZ\TEL CONF 1.wpd

1