LAW OFFICES

# KEKER & VAN NEST
## LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

STUART L. GASNER
SGASNER@KVN.COM

May 20, 2008

**VIA FACSIMILE AND EMAIL**

Kenneth H. Natkin, Esq.
Law Offices of Kenneth Natkin
1901 Harrison Street, Suite 900
Oakland, CA 94612
*Fax: 510-273-8652*
ken@natkinlaw.com

Matthew J. Webb, Esq.
Law Offices of Matthew J. Webb
409 13th Street 17th Floor
Oakland, CA 94614
*Fax: 510-444-4223*
mwebblaw@cs.com

Larry E. Lulofs, Esq.
Morton Lulofs & Wood
180 Grand Avenue , Suite 1500
Oakland, CA 94612
*Fax: 510-444-8263*
lelulofs@mlwlaw.com

Gerald W. Filice
Filice Law Offices
195 Cadillac Drive
Sacramento, CA 95825
*Fax: (916) 920-3409*
gwfilice@pacbell.net

Re:   *Bill Poon & Co., Architects v. Bafaiz, et al.*
USDC, ND of CA, Case No. C 07-05566 PJH (ENE)
ENE Session Deadline:  August 18, 2008

Dear Counsel:

As you know, I have been appointed by the District Court to serve as the evaluator in this case under the Court's Early Neutral Evaluation (ENE) program.  Please be sure to review carefully ADR L.R. 5 which governs the ENE program.  Our firm website at www.kvn.com describes Keker & Van Nest, as well as my background and professional experience.  Over the course of my 26 years as a litigator and my 15 years at Keker & Van Nest, I have handled a wide range of complex commercial disputes for both plaintiffs and defendants.

Pursuant to ADR L.R. 5-7, I will conduct a phone conference with all counsel before the formal evaluation session to discuss the following:

- the procedures to be followed;

- the nature of the case;

- appropriate dates for the ENE session;

417730.01

Re: *Bill Poon & Co., Architects v. Bafaiz, et al.*
May 20, 2008
Page 2

- the parties who will be present at the session and other procedural matters;

- ideas to improve the effectiveness of the ENE session or matters that could pose impediments;

- requirements for your written ENE statements; and

- any questions you might have about the ENE program.

The telephone conference has been set for **June 4, 2008, at 10:00 a.m.**  The call-in information is as follows:

|                     |                           |
|---------------------|---------------------------|
| Date:               | Wednesday, June 4, 2008   |
| Time:               | 10:00 a.m.                |
| Call-in number:     | 877-699-4804              |
| Participant passcode: | 415-202                 |

As previously stated, the telephone conference will last approximately one-half hour. **Before the telephone conference, please ascertain if possible from your clients and any insurers a selection of dates upon which the ENE session may be conducted.**  The Court's deadline for completing the ENE session is August 18, 2008.

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.  If you are aware of any such circumstances, of course, please let me know immediately.

I look forward to assisting you on this case.

Very truly yours,

STUART L. GASNER

SLG/dc

cc:    Alice Fiel, ADR Case Administrator