# LAW OFFICES OF MATTHEW J. WEBB

409 13th Street • 17th Floor • Oakland, CA 94612 • phone (510) 444-4224 • fax (510) 444-4223

May 21, 2008

Hon. Bernard Zimmerman
United States Magistrate Judge
1901 Harrison St., Ste. 900
Oakland, CA 94612

    Re:    Poon v. Bafaiz, et al.
             Case No. C07-05566 PJH

Dear Judge Zimmerman:

    Pursuant to your Order of May 19, 2008, defendants present the following response to the pending discovery matters:

    This office represents Khalil Bafaiz, Naeem Akram, and Inderjit Chadha, in the above matter. Mr. Bafaiz purchased two undeveloped lots, 25289 and 25273 Campus Drive, Hayward, from cross-defendant Melisa Chavis; defendant and cross defendant Nabil Taovil acted as the real estate agent, employed by G.A.R.S. Inc. Mr. Akram is acting as the contractor, and Mr. Chadha had been acting as the engineer to develop the lots.

    Mr. Bafaiz paid $280,000 for 25289 Campus Drive and $235,000 for 25273 Campus Drive, because it was represented to buyer that the former lot had pre-approved plans, thereby justifying the premium. Bill Poon & Company Architects prepared the plans on behalf of seller Chavis. It is apparently these plans to which Mr. Poon retained a nontransferable copyright.

    The Bafaiz set of defendants made an initial disclosure on or about March 13, 2008, with the exception of the architectural drawings, which were in the possession of Mr. Chadha. As to the architectural drawings, counsel agreed to produce the drawings on a CD-Rom disk. Several matters delayed production. First, both Mr. Bafaiz and Mr. Akram are non-native speakers, and and I had trouble communicating exactly what was needed, and getting all documents subject to the disclosures.

    Second, the drawings were in the possession of Mr. Chadha. All work on the project ceased after suit was filed, and, apparently, Mr. Chadha went to work on other projects, and is becoming increasingly non-responsive. I have, however, obtained the drawings, and was able to download them to CD-Rom. They were produced on Friday, May 16, 2008.

    The production of the CD-Rom should complete defendants' disclosures, unless additional documents are discovered.

Hon. Bernard Zimmerman
May 21, 2008
Page 2


      Thank you for your attention to this matter. Please feel free to call me should you have any questions.

                              Very Truly Yours,

                              LAW OFFICES OF MATTHEW J. WEBB
                              By: Matthew J. Webb, Esq.


cc:    Kenneth H. Natkin, Esq.
        Gerald W. Filice, Esq.
        Larry E. Luloffs, Esq.
        Clients