**FILICE LAW OFFICES**
195 CADILLAC DRIVE
SACRAMENTO, CALIFORNIA 95825
TEL: (916) 920-2800
FAX: (916) 920-3409

GERALD W. FILICE

SAN FRANCISCO BAY AREA OFFICE:
3200 DANVILLE BLVD., SUITE 260
ALAMO, CALIFORNIA 94507

May 21, 2008

Hon. Bernard Zimmerman
United States Magistrate Judge
United States District Court
Northern District of California

RE: <u>Bill Poon & Company Architects, Inc., v. Baifaz, et al</u>. case no. C07-05566 PJH (BZ)

Dear Judge Zimmerman:

  As required by the Court's Order Scheduling Telephonic Discovery Conference, filed May 19, 2008, the response of defendants G.A.R.S. Incorporated, Nabil Taovil and George Pavana is that we have provided all the documents that we have been able to locate at this time to the plaintiffs, and that all plaintiffs are doing in bringing these motions is assuming that there are additional documents and have based motions on that assumption. It would seem to be frivolous.

  I will add, however, that I have located a set of plans, already in the possession of plaintiffs. It would seem to be highly duplicative to prove them with another set of what they already have, especially given the difficulty and expense of duplicating blueprint size sheets, however those are available for examination should plaintiff wish.

  I look forward to the telephone conference on May 23, 2008, at 9:00 a.m.

          Sincerely

          FILICE LAW OFFICES

GWF:n
cc: Kenneth Natkin, Esq.  /s/ Gerald W. Filice
  Matthew Webb, Esq.

          GERALD W. FILICE