**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Friday, May 23, 2008 @ 9:00 a.m.

TIME: 25 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| Bill Poon & Co. Architects v. Bafaiz | C07-5566 PJH (BZ) | ☒ REFERRAL |

| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): |
|---|---|
| Kenneth H. Natkin | Matthew J. Webb for Bafaiz, et al. |
| | Gerald Filice for G.A.R.S., Inc. et al. |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: TC 16-08

**PROCEEDINGS**

☒ NONDISPOSITIVE MOTION(2)     ☐ INITIAL PRETRIAL CONFERENCE (CMC)
     ☒ CONTESTED            ☐ DISCOVERY CONFERENCE
     ☐ UNCONTESTED       ☐ SETTLEMENT CONFERENCE
☐ DISPOSITIVE MOTION           ☐ FINAL PRETRIAL CONFERENCE
☐ EVIDENTIARY HEARING       ☒ MOTION HEARING/ARGUMENT
☐ FEE APPLICATION              ☐ IRS ENFORCEMENT ORDERS
☐ STATUS CONFERENCE         ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF    ☐ DEFENDANT    ☐ COURT

CASE CONTINUED TO: _____

**NOTES**

Motions Withdrawn