AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF<br><br>Bill Poon & Company, Architects, Inc. | **THIRD PARTY SUMMONS IN A CIVIL ACTION**<br><br>**E-filing** |
| V. DEFENDANT AND THIRD PARTY PLAINTIFF<br><br>Khalil Bafaiz, et al.,<br><br>Melissa Chavis, Cross-Claimant | CASE NUMBER: C07-05566 PJH |

V. THIRD PARTY DEFENDANT

Nabil W. Taovil, an individual, G.A.R.S. Incorporated, a California Corporation, and George Pavana, an individual

TO: (Name and address of defendant)

G.A.R.S. Incorporated, C/O Gerald W. Filice
195 Cadillac Drive, Sacramento, CA. 95825

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY, *(name and address)* | DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTRONEY (name and address) |
|---|---|
| Kenneth H. Natkin<br>Law Offices of Kenneth Natkin<br>1901 Harrison St., Suite 900<br>Oakland, CA 94612 | Larry E. Lulofs<br>Morton, Lulofs & Wood, LLP<br>180 Grand Ave., Suite 1500<br>Oakland, CA 94612 |

an answer to the third-party complaint which is herewith served upon you, within __20__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

**RICHARD W. WIEKING**
CLERK

*/s/ Felicia Reloba*
(BY) DEPUTY CLERK

DATE 6/20/08

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF<br>Bill Poon & Company, Architects, Inc. | **THIRD PARTY SUMMONS IN A CIVIL ACTION**<br><br>E-filing |
| V. DEFENDANT AND THIRD PARTY PLAINTIFF<br>Khalil Bafaiz, et al., | CASE NUMBER: C07-05566 PJH |

Melissa Chavis, Cross-Claimant

V. THIRD PARTY DEFENDANT

Nabil W. Taovil, an individual, G.A.R.S. Incorporated, a California Corporation, and George Pavana, an individual

TO: (Name and address of defendant)

George Pavana, C/O Gerald W. Filice
195 Cadillac Drive, Sacramento, CA. 95825

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY, (name and address) | DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTRONEY (name and address) |
|---|---|
| Kenneth H. Natkin<br>Law Offices of Kenneth Natkin<br>1901 Harrison St., Suite 900<br>Oakland, CA 94612 | Larry E. Lulofs<br>Morton, Lulofs & Wood, LLP<br>180 Grand Ave., Suite 1500<br>Oakland, CA 94612 |

an answer to the third-party complaint which is herewith served upon you, within  20  days after service of this summons upc you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

**RICHARD W. WIEKING**                               6/20/08
CLERK                                                DATE

(BY) DEPUTY CLERK  **Felicia Reloba**

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF<br>Bill Poon & Company, Architects, Inc. | THIRD PARTY SUMMONS IN A<br>CIVIL ACTION |
| V. DEFENDANT AND THIRD PARTY PLAINTIFF<br>Khalil Bafaiz, et al.,<br><br>Melissa Chavis, Cross-Claimant | E-filing<br>CASE NUMBER: C07-05566 PJH |

V. THIRD PARTY DEFENDANT

Nabil W. Taovil, an individual, G.A.R.S. Incorporated, a California Corporation, and George Pavana, an individual

TO: (Name and address of defendant)

Nabil W. Taovil, C/O Gerald W. Filice
195 Cadillac Drive, Sacramento, CA. 95825

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY, (name and address) | DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTRONEY (name and address) |
|---|---|
| Kenneth H. Natkin<br>Law Offices of Kenneth Natkin<br>1901 Harrison St., Suite 900<br>Oakland, CA 94612 | Larry E. Lulofs<br>Morton, Lulofs & Wood, LLP<br>180 Grand Ave., Suite 1500<br>Oakland, CA 94612 |

an answer to the third-party complaint which is herewith served upon you, within __20__ days after service of this summons upc you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

**RICHARD W. WIEKING**                                   6/20/08
CLERK                                                    DATE

(BY) DEPUTY CLERK
**Felicia Reloba**