LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

STUART L. GASNER
SGASNER@KVN.COM

June 19, 2008

**VIA FACSIMILE AND EMAIL**

| | |
|---|---|
| Kenneth H. Natkin, Esq. | Matthew J. Webb, Esq. |
| Law Offices of Kenneth Natkin | Law Offices of Matthew J. Webb |
| 1901 Harrison Street, Suite 900 | 409 13th Street 17th Floor |
| Oakland, CA 94612 | Oakland, CA 94614 |
| *Fax: 510-273-8652* | *Fax: 510-444-4223* |
| *ken@natkinlaw.com* | *mwebblaw@cs.com* |
| | |
| Larry E. Lulofs, Esq. | Gerald W. Filice |
| Morton Lulofs & Wood | Filice Law Offices |
| 180 Grand Avenue, Suite 1500 | 195 Cadillac Drive |
| Oakland, CA 94612 | Sacramento, CA 95825 |
| *Fax: 510-444-8263* | *Fax: (916) 920-3409* |
| *lelulofs@mlwlaw.com* | *gwfilice@pacbell.net* |

Re:   *Bill Poon & Co., Architects v. Bafaiz, et al.*
      USDC, ND of CA, Case No. C 07-05566 PJH (ENE)
      **ENE Session: July 17, 2008**

Dear Counsel:

   In follow-up to the phone conversations and email in this matter, this will confirm the agreed upon date of **Thursday, July 17, 2008, at 10:00 a.m.** for the ENE session in this case. The ENE will take place in my offices at 710 Sansome Street, San Francisco. Please remember to arrange for your clients' attendance.

   Please make sure that the written statements described in ADR L.R. 5-8 are exchanged, and electronically submitted to me by **Friday, July 11, 2008**, by close of business, with hard copy to follow. Please include any key documents you feel I should read. The more focused the written statements are regarding the facts and legal issues in the case, the better prepared we all will be and the more meaningful our ENE session will be. As discussed, the briefs shall specifically address the hold harmless clause, liability (including effect of ethical rules re unauthorized practice of law) and damages.

419756.01

Re: *Bill Poon & Co., Architects v. Bafaiz, et al.*
June 19, 2008
Page 2

      Please prepare for the session by discussing each of the following items with your client:

- the strengths and weaknesses of your case;
- the probable outcome if the case proceeds to trial;
- your plans for discovery and motions;
- your client's goals, needs and priorities;
- your client's best and worst alternatives to a negotiated settlement; and,
- your estimated budget to litigate the case through trial.

      As is my practice, I will donate my preparation time and the first four hours of the session. After that, if counsel agree to continue, I may charge the court-set rate of $200 per hour under ADR L.R. 5-3(b), but I expect that will not be necessary.

      I look forward to working with you and your clients. If you should have any questions or comments, please do not hesitate to contact me or my assistant, Dawn Curran.

                                                         Very truly yours,

                                                         STUART L. GASNER

SLG/dc

cc:    Alice Fiel, ADR Case Administrator

419756.01