1  Kenneth H. Natkin (Bar No. 85021)
   LAW OFFICES KENNETH NATKIN
2  1901 Harrison Street, Suite 900
   Oakland, CA., 94612
3  Telephone: (510) 273-8650
   Facsimile: (510) 273-8652
4  Email: ken@natkinlaw.com

5  Attorney for Plaintiff
   BILL POON & COMPANY,
6  ARCHITECTS, INC.

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
   BILL POON & COMPANY,            )   Case No. C07-05566 PJH
10 ARCHITECTS, INC.,               )
                                   )   STIPULATION AND (PROPOSED)
11      Plaintiff,                 )   ORDER TO EXTEND DEADLINE
                                   )   FOR COMPLETING ADR PROCESS
12 v.                              )
                                   )
13 KHALIL BAFAIZ, an individual,   )
   NABIL W. TAOVIL, an individual,)
14 G.A.R.S. Incorporated, a        )
   California Corporation, GEORGE  )
15 G. PAVANA, an individual,       )
   INDERJIT CHADHA, an individual,)
16 NAEEM AKRAM, an individual,     )
   and DOES 1 through 20,          )
17 inclusive,                      )
                                   )
18      Defendants.                )
   _____)
19                                 )
   KHALIL BAFAIZ,                  )
20                                 )
        Cross-Claimant             )
21                                 )
   v.                              )
22                                 )
   MELISSA CHAVIS, an individual,  )
23 NABIL W. TAOVIL, an individual,)
   G.A.R.S., Incorporated, a       )
24 California Corporation, GEORGE  )
   PAVANA, and individual,         )
25                                 )
        Cross-Defendants            )
26                                 )
   _____)
27 /

28

STIPULATION TO EXTEND ADR DEADLINE        1

FACTUAL BACKGROUND

At the Case Management Conference on March 20, 2008, Judge Hamilton ordered that the matter be referred to ENE to be completed within 150 days, or August 18, 2008. Stuart Gasner, of the law offices of Keker & Van Nest has been appointed as the evaluator. On June 4, 2008, a teleconference was conducted by Mr. Gasner. The ENE session was agreed to be held on July 17, 2008 at Mr. Gasner's office; briefs were to be exchanged on Friday, July 11, 2008.

An extension is necessary in that the defendants have not yet been able to fully comply with Requests for Production of Documents propounded upon them by Plaintiff on May 27, 2008, which Requests called for production of the specified documents for inspection and copying on July 1, 2008. Without the documents demanded, the parties cannot properly prepare their briefs nor prepare for the ENE session.

Plaintiff respectfully requests that this court order an extension of the deadline for completing the ADR process until October 31, 2008. An extension until late October, 2008, is necessary because of Mr. Gasner's schedule. This matter has been discussed with Mr. Gasner. Attached hereto is an email from him with respect to his availability.

In furtherance of this request, the undersigned, counsel for all the parties hereto, hereby stipulate to extend the deadline for completing the ADR process with respect to the above captioned matter until October 31, 2008.

/

/

IT IS SO STIPULATED:

Dated: 15 July 2008                /s/ Kenneth Natkin
                                   _____
                                   Kenneth Natkin, Attorney for
                                   Plaintiff BILL POON
                                   ARCHITECTS, INC.

Dated: 14 July 2008                /s/ Matthew Webb
                                   _____
                                   Matthew Webb, Attorney for
                                   Defendant and Cross-
                                   Complainant KHALIL BAFAIZ, and
                                   Defendants INDERJIT CHADHA,
                                   and NAEEM AKRAM

Dated: 11 July 2008                /s/ Gerald Filice
                                   _____
                                   Gerald Filice, Attorney for
                                   Defendants G.A.R.S.
                                   INCORPORATED, GEORGE G.
                                   PAVANA, and NABIL W. TAOVIL

Dated: 14 July 2008                /s/ Larry Lulofs
                                   _____
                                   Larry E. Lulofs, Attorney for
                                   Cross-Defendant MELISSA CHAVIS

I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: 15 July 2008                /s/ Kenneth Natkin
                                   _____
                                   Kenneth Natkin, Attorney for
                                   Plaintiff BILL POON
                                   ARCHITECTS, INC.

IT IS SO ORDERED:

Dated: __ July 2008
                                   _____
                                   Hon. Phyllis J. Hamilton
                                   Judge, U.S. District Court
                                   Northern District of
                                   California

STIPULATION TO EXTEND ADR DEADLINE            3