```
 1  Kenneth H. Natkin (Bar No. 85021)
    LAW OFFICES KENNETH NATKIN
 2  1901 Harrison Street, Suite 900
    Oakland, CA., 94612
 3  Telephone: (510) 273-8650
    Facsimile: (510) 273-8652
 4  Email: ken@natkinlaw.com

 5  Attorney for Plaintiff
    BILL POON & COMPANY,
 6  ARCHITECTS, INC.

 7
                       UNITED STATES DISTRICT COURT
 8
                      NORTHERN DISTRICT OF CALIFORNIA
 9
    BILL POON & COMPANY,            )   Case No. C07-05566 PJH
10  ARCHITECTS, INC.,               )
                                    )   STIPULATION AND (PROPOSED)
11       Plaintiff,                 )   ORDER TO EXTEND DEADLINE
                                    )   FOR COMPLETING ADR PROCESS
12  v.                              )
                                    )
13  KHALIL BAFAIZ, an individual,   )
    NABIL W. TAOVIL, an individual,)
14  G.A.R.S. Incorporated, a        )
    California Corporation, GEORGE )
15  G. PAVANA, an individual,       )
    INDERJIT CHADHA, an individual,)
16  NAEEM AKRAM, an individual,     )
    and DOES 1 through 20,          )
17  inclusive,                      )
                                    )
18       Defendants.                )
    _____)
19                                  )
    KHALIL BAFAIZ,                  )
20                                  )
         Cross-Claimant             )
21                                  )
    v.                              )
22                                  )
    MELISSA CHAVIS, an individual, )
23  NABIL W. TAOVIL, an individual,)
    G.A.R.S., Incorporated, a       )
24  California Corporation, GEORGE )
    PAVANA, and individual,         )
25                                  )
         Cross-Defendants           )
26                                  )
    _____)
27  /
28
```

STIPULATION TO EXTEND ADR DEADLINE          1

FACTUAL BACKGROUND

At the Case Management Conference on March 20, 2008, Judge Hamilton ordered that the matter be referred to ENE to be completed within 150 days, or August 18, 2008. Stuart Gasner, of the law offices of Keker & Van Nest has been appointed as the evaluator. On June 4, 2008, a teleconference was conducted by Mr. Gasner. The ENE session was agreed to be held on July 17, 2008 at Mr. Gasner's office; briefs were to be exchanged on Friday, July 11, 2008.

An extension is necessary in that the defendants have not yet been able to fully comply with Requests for Production of Documents propounded upon them by Plaintiff on May 27, 2008, which Requests called for production of the specified documents for inspection and copying on July 1, 2008. Without the documents demanded, the parties cannot properly prepare their briefs nor prepare for the ENE session.

Plaintiff respectfully requests that this court order an extension of the deadline for completing the ADR process until October 31, 2008. An extension until late October, 2008, is necessary because of Mr. Gasner's schedule. This matter has been discussed with Mr. Gasner. Attached hereto is an email from him with respect to his availability.

In furtherance of this request, the undersigned, counsel for all the parties hereto, hereby stipulate to extend the deadline for completing the ADR process with respect to the above captioned matter until October 31, 2008.

/

/

1  IT IS SO STIPULATED:

2  Dated: 15 July 2008                    /s/ Kenneth Natkin

3                                          _____
                                            Kenneth Natkin, Attorney for
4                                           Plaintiff BILL POON
                                            ARCHITECTS, INC.

5  Dated: 14 July 2008                    /s/ Matthew Webb

6                                          _____
                                            Matthew Webb, Attorney for
                                            Defendant and Cross-
7                                           Complainant KHALIL BAFAIZ, and
                                            Defendants INDERJIT CHADHA,
8                                           and NAEEM AKRAM

9  Dated: 11 July 2008                    /s/ Gerald Filice

10                                         _____
                                            Gerald Filice, Attorney for
                                            Defendants G.A.R.S.
11                                          INCORPORATED, GEORGE G.
                                            PAVANA, and NABIL W. TAOVIL

12

13 Dated: 14 July 2008                    /s/ Larry Lulofs

14                                         _____
                                            Larry E. Lulofs, Attorney for
                                            Cross-Defendant MELISSA CHAVIS

15     I attest that concurrence in the filing of the document has
   been obtained from each of the other signatories.

16

17 Dated: 15 July 2008                    /s/ Kenneth Natkin

18                                         _____
                                            Kenneth Natkin, Attorney for
19                                          Plaintiff BILL POON
                                            ARCHITECTS, INC.

20 IT IS SO ORDERED:

21 Dated: 21 July 2008

22                                         _____
                                            Hon. Phyllis J. Hamilton
23                                          Judge, U.S. District Court
                                            Northern District of
                                            California

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

STIPULATION TO EXTEND ADR DEADLINE            3