LAW OFFICES
# KEKER & VAN NEST
LLP

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

STUART L. GASNER
SGASNER@KVN.COM

August 19, 2008

**VIA FACSIMILE AND EMAIL**

| | |
|---|---|
| Kenneth H. Natkin, Esq.<br>Law Offices of Kenneth Natkin<br>1901 Harrison Street, Suite 900<br>Oakland, CA 94612<br>*Fax: 510-273-8652*<br>*ken@natkinlaw.com* | Matthew J. Webb, Esq.<br>Law Offices of Matthew J. Webb<br>409 13th Street 17th Floor<br>Oakland, CA 94614<br>*Fax: 510-444-4223*<br>*mwebblaw@cs.com* |
| Larry E. Lulofs, Esq.<br>Morton Lulofs & Wood<br>180 Grand Avenue, Suite 1500<br>Oakland, CA 94612<br>*Fax: 510-444-8263*<br>*lelulofs@mlwlaw.com* | Gerald W. Filice<br>Filice Law Offices<br>195 Cadillac Drive<br>Sacramento, CA 95825<br>*Fax: (916) 920-3409*<br>*gwfilice@pacbell.net* |

Re:   *Bill Poon & Co., Architects v. Bafaiz, et al.*
      USDC, ND of CA, Case No. C 07-05566 PJH (ENE)
      **Proposed ENE Session: October 16, 2008 at 9:30 a.m.**

Dear Counsel:

At present, I am still attempting to confirm both counsel's and the parties' availability to attend an ENE session on Thursday, **October 16, 2008**, at 9:30 a.m. It would be appreciated if you and your clients would continue to hold this date until we can confirm it once and for all with all those concerned.

Below is a summary of where we currently stand based on my emails and phone conversations with your offices over the past few weeks. If this does not accurately reflect your understanding, please contact me as soon as possible.

| | |
|---|---|
| Kenneth H. Natkin, Esq.<br>Law Offices of Kenneth Natkin | Counsel and client confirmed |
| Matthew J. Webb, Esq.<br>Law Offices of Matthew J. Webb | Counsel and clients confirmed |

423358.01

Re: *Bill Poon & Co., Architects v. Bafaiz, et al.*
August 19, 2008
Page 2

| | |
|---|---|
| Larry E. Lulofs, Esq.<br>Morton Lulofs & Wood | Counsel confirmed,<br>awaiting confirmation of client's availability |
| Gerald W. Filice<br>Filice Law Offices | Awaiting confirming of both counsel and clients |

As always, I appreciate everyone's efforts in moving this matter forward. I look forward to hearing from Messrs. Lulofs and Filice as to their respective availability.

Very truly yours,

Dawn Curran
Assistnat to Stuart L. Gasner

SLG/dc

cc:   Alice Fiel, ADR Case Administrator

423358.01