LAW OFFICES
# KEKER & VAN NEST
L L P

710 SANSOME STREET
SAN FRANCISCO, CA 94111-1704
TELEPHONE (415) 391-5400
FAX (415) 397-7188
WWW.KVN.COM

STUART L. GASNER
SGASNER@KVN.COM

August 21, 2008

**VIA FACSIMILE AND EMAIL**

Kenneth H. Natkin, Esq.
Law Offices of Kenneth Natkin
1901 Harrison Street, Suite 900
Oakland, CA 94612
*Fax: 510-273-8652*
*ken@natkinlaw.com*

Matthew J. Webb, Esq.
Law Offices of Matthew J. Webb
409 13th Street 17th Floor
Oakland, CA 94614
*Fax: 510-444-4223*
*mwebblaw@cs.com*

Larry E. Lulofs, Esq.
Morton Lulofs & Wood
180 Grand Avenue, Suite 1500
Oakland, CA 94612
*Fax: 510-444-8263*
*lelulofs@mlwlaw.com*

Gerald W. Filice
Filice Law Offices
195 Cadillac Drive
Sacramento, CA 95825
*Fax: (916) 920-3409*
*gwfilice@pacbell.net*

Re: *Bill Poon & Co., Architects v. Bafaiz, et al.*
USDC, ND of CA, Case No. C 07-05566 PJH (ENE)
ENE Session: October 16, 2008 at 9:30 a.m.

Dear Counsel:

Following confirmation that counsel and their clients are available, the ENE in this matter is confirmed for Thursday, **October 16, 2008, at 9:30 a.m.** The ENE will take place at our adjoining offices located at 633 Battery Street, 4th Floor, San Francisco.

Please make sure that the written statements described in ADR L.R. 5-8 are exchanged, and electronically submitted to me by Monday, **October 13, 2008**, by close of business, with hard copy to follow. Please include any key documents you feel I should read. Please also remember to copy my assistant Dawn Curran on any email.

As stated in previous correspondence, the more focused the written statements are regarding the facts and legal issues in the case, the better prepared we all will be and the more meaningful our ENE session will be.

423594.01

Re: *Bill Poon & Co., Architects v. Bafaiz, et al.*
August 21, 2008
Page 2

Please prepare for the session by discussing each of the following items with your client:

- the strengths and weaknesses of your case;
- the probable outcome if the case proceeds to trial;
- your plans for discovery and motions;
- your client's goals, needs and priorities;
- your client's best and worst alternatives to a negotiated settlement; and,
- your estimated budget to litigate the case through trial.

As is my practice, I will donate my preparation time and the first four hours of the session. After that, if counsel agree to continue, I may charge the court-set rate of $200 per hour under ADR L.R. 5-3(b), but I expect that will not be necessary.

I look forward to working with you and your clients. If you should have any questions or comments, please do not hesitate to contact me or my assistant, Dawn Curran.

Very truly yours,

STUART L. GASNER

SLG/dc

cc: Alice Fiel, ADR Case Administrator

423594.01