1
2
3  GERALD W. FILICE, State Bar No. 99657
   FILICE LAW OFFICES
4  195 Cadillac Drive
   Sacramento, California 95825
5  Telephone: (916) 920-2800

6  Attorneys for Defendants G.A.R.S INCORPORATED,
   GEORGE PAVANA and NABIL TAOVIL

7
8
9
10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11                    OAKLAND DIVISION
12

13 Plaintiff: BILL POON & COMPANY          Case No. C07-05566 PJH
   ARCHITECTS, INC.
14
   v.                                     STIPULATION AND ORDER THEREON TO
15                                        CONTINUE ENE AND EXTEND THE
   Defendants: KHALIL BAFAIZ, et al.       PERIOD FOR COMPLETION OF THE ENE
16

17 _____/
   AND RELATED COUNTERCLAIMS
18 AND THIRD PARTY ACTIONS
   _____/
19

20         The Court has previously ordered the parties to complete an Early Neutral Evaluation
21 ("ENE") by October 31, 2008. Stuart Gasner, Esq., was appointed as the neutral evaluator.
22 The parties had scheduled the ENE to take place on October 16, 2008, however certain
23 other conflicts have arisen with certain participants as a result of other court-ordered
24 appearances and other matters, and the parties have agreed (subject to Court approval) to
25

1  continue the ENE to November 6, 2008, from 10:00 a.m. to 5:00 p.m., at the offices of Stuart
2  Gasner in San Francisco. All parties and counsel are to appear. The parties also request
3  that the Court extend the period to complete the ENE accordingly.
4
5  Date: October 15, 2008                    FILICE LAW OFFICES
6                                            /s/ Gerald W. Filice
7                                            _____
                                              GERALD W. FILICE
                                              Attorney for Defendants
8                                             G.A.R.S. INCORPORATED,
                                              GEORGE PAVANA and
9                                             NABIL TAOVIL
10
11 Date: October 15, 2008                    /s/ Kenneth Natkin
12                                            _____
                                              KENNETH H. NATKIN
                                              Attorney for Plaintiff
13                                            BILL POON & COMPANY ARCHITECTS, INC.
14
15 Date: October 15, 2008                    LAW OFFICES OF MATTHEW J. WEBB
16                                            _____
17                                            MATTHEW J. WEBB
                                              Attorney for Defendants
                                              KHALIL BAFAIZ, INDERJIT CHADHA, and
18                                            NAEEM AKRAM
19
20 Date: October 15, 2008                    MORTON, LULOFS & WOOD, LLP
                                              /s/ Larry E. Lulofs
21                                            _____
22                                            LARRY LULOFS
                                              Attorney for Third Party Defendant
                                              MELISSA CHAVIS
23
24 Date: October 15, 2008
25

1

*[signature]*
STUART GASNER
ENE Evaluator

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER OF THE COURT

On the Stipulation of the parties, and for good cause shown, it is ordered that the period to complete the ENE in this case is extended to and including November 7, 2008, and that the ENE shall be conducted on November 6, 2008, pursuant to the Stipulation above.

Date: 10/20/08

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(Seal: United States District Court, Northern District of California)