Kenneth H. Natkin (Bar No. 85021)
LAW OFFICES KENNETH NATKIN
1901 Harrison Street, Suite 900
Oakland, CA., 94612
Telephone: (510) 273-8650
Facsimile: (510) 273-8652
Email: ken@natkinlaw.com

Attorney for Plaintiff
BILL POON & COMPANY,
ARCHITECTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL POON & COMPANY, ARCHITECTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KHALIL BAFAIZ, an individual, NABIL W. TAOVIL, an individual, G.A.R.S. Incorporated, a California Corporation, GEORGE G. PAVANA, an individual, INDERJIT CHADHA, an individual, NAEEM AKRAM, an individual, and DOES 1 through 20, inclusive, <br><br> Defendants. <br><br>_____<br><br> KHALIL BAFAIZ, <br><br> Cross-Claimant <br><br> v. <br><br> MELISSA CHAVIS, an individual, NABIL W. TAOVIL, an individual, G.A.R.S., Incorporated, a California Corporation, GEORGE PAVANA, and individual, <br><br> Cross-Defendants <br><br>_____ | Case No. C07-05566 PJH <br><br> STIPULATION AND (~~PROPOSED~~) ORDER TO EXTEND DEADLINE FOR DELIVERY OF CONSIDERATION |

/

## FACTUAL BACKGROUND

At the ENE session on November 6, 2008, the parties reached a settlement of the case. The settlement specified the payment of the consideration for the settlement by some parties would take place on or before December 1, 2008. Thereafter, on November 25, 2008 the Court entered a dismissal without prejudice of the case and specified that the dismissal would become with prejudice if no party objected within thirty days. One or more parties has not delivered the full consideration required by the terms of the settlement. Said parties expect to be able to deliver their full consideration after December 25, but before January 10. The parties request that the Court extend the time for delivery of the consideration that was specified by the settlement agreement for 15 days.

In furtherance of this request, the undersigned, counsel for all the parties hereto, hereby stipulate to extend the deadline for delivery of the consideration called for by the settlement agreement with respect to the above captioned matter until January 10, 2009

/
/

IT IS SO STIPULATED:
Dated: 17 Dec. 2008

_____

Kenneth Natkin, Attorney for
Plaintiff BILL POON
ARCHITECTS, INC.

Dated: __ Dec. 2008

_____
Matthew Webb, Attorney for
Defendant and Cross-

_____)

/

## FACTUAL BACKGROUND

At the ENE session on November 6, 2008, the parties reached a settlement of the case. The settlement specified the payment of the consideration for the settlement by some parties would take place on or before December 1, 2008. Thereafter, on November 25, 2008 the Court entered a dismissal without prejudice of the case and specified that the dismissal would become with prejudice if no party objected within thirty days. One or more parties has not delivered the full consideration required by the terms of the settlement. Said parties expect to be able to deliver their full consideration after December 25, but before January 10. The parties request that the Court extend the time for delivery of the consideration that was specified by the settlement agreement for 15 days.

In furtherance of this request, the undersigned, counsel for all the parties hereto, hereby stipulate to extend the deadline for delivery of the consideration called for by the settlement agreement with respect to the above captioned matter until January 10, 2009

/

/

IT IS SO STIPULATED:

Dated: __ Dec. 2008

Kenneth Natkin, Attorney for
Plaintiff BILL POON ARCHITECTS, INC.

Dated: 17 Dec. 2008

Matthew Webb, Attorney for
Defendant and Cross-Complainant
KHALIL BAFAIZ, and
Defendants INDERJIT CHADHA,
and NAEEM AKRAM

```
                                Complainant KHALIL BAFAIZ, and
                                Defendants INDERJIT CHADHA,
                                and NAEEM AKRAM

Dated: __ Dec. 2008
                                _____
                                Gerald Filice, Attorney for
                                Defendants G.A.R.S.
                                INCORPORATED, GEORGE G.
                                PAVANA, and NABIL W. TAOVIL

Dated: 17 Dec. 2008             /s/ Larry E. Lulofs
                                _____
                                Larry E. Lulofs, Attorney for
                                Cross-Defendant MELISSA CHAVIS

IT IS SO ORDERED:

Dated: __ Dec. 2008
                                _____
                                Hon. Phyllis J. Hamilton
                                Judge, U.S. District Court
                                Northern District of
                                California
```

```
 1                                          Complainant KHALIL BAFAIZ, and
                                            Defendants INDERJIT CHADHA,
 2                                          and NAEEM AKRAM
 3   Dated: 17 Dec. 2008
 4                                          _____
                                            Gerald Filice, Attorney for
 5                                          Defendants G.A.R.S.
                                            INCORPORATED, GEORGE G.
 6                                          PAVANA, and NABIL W. TAOVIL

 7   Dated: __ Dec. 2008
 8                                          Larry E. Lulofs, Attorney for
 9                                          Cross-Defendant MELISSA CHAVIS
     IT IS SO ORDERED:
10         1/5/09
     Dated: __ Dec. 2008
11
12                                          Hon. Phyllis J. Hamilton
                                            Judge, U.S. District Court
13                                          Northern District of
                                            California
14
```

IT IS SO ORDERED
/s/ Judge Phyllis J. Hamilton

STIPULATION TO EXTEND DEADLINE FOR DELIVERY OF CONSIDERATION — 3