1  Kenneth H. Natkin (Bar No. 85021)
   LAW OFFICES KENNETH NATKIN
2  1901 Harrison Street, Suite 900
   Oakland, CA., 94612
3  Telephone: (510) 273-8650
   Facsimile: (510) 273-8652
4  Email: ken@natkinlaw.com

5  Attorney for Plaintiff
   BILL POON & COMPANY,
6  ARCHITECTS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 BILL POON & COMPANY,            )  Case No. C07-05566 PJH
   ARCHITECTS, INC.,               )
11                                 )  CERTIFICATION THAT
          Plaintiff,               )  SETTLEMENT CONSIDERATION
12                                 )  HAS NOT BEEN DELIVERED;
   v.                              )  REQUEST THAT CAUSE BE
13                                 )  RESTORED TO CALENDAR;
   KHALIL BAFAIZ, an individual,   )  (P~~roposed~~) ORDER
14 NABIL W. TAOVIL, an individual, )
   G.A.R.S. Incorporated, a        )
15 California Corporation, GEORGE  )
   G. PAVANA, an individual,       )
16 INDERJIT CHADHA, an individual  )
   and DOES 1 through 20,          )
17 inclusive,                      )
                                   )
18        Defendants.              )
   _____)
19                                 )
   KHALIL BAFAIZ,                  )
20                                 )
          Cross-Claimant           )
21                                 )
   v.                              )
22                                 )
   MELISSA CHAVIS, an individual,  )
23 NABIL W. TAOVIL, an individual, )
   G.A.R.S., Incorporated, a       )
24 California Corporation, GEORGE  )
   PAVANA, and individual,         )
25                                 )
          Cross-Defendants         )
26                                 )
   _____)
27

28 CERTIFICATION                          1

1    The undersigned, counsel to Plaintiff BILL POON & COMPANY,
2    ARCHITECTS, INC., hereby certifies that the agreed consideration
3    for settlement of this matter has not been delivered over in
4    full. Plaintiff requests that the order of this court dated
5    November 25, 2008, as amended by Stipulation and order of this
6    court on December 17, 2008, stand vacated and that this cause
7    forthwith be restored to the calendar. Plaintiff further requests
8    that the court order that a Case Management Conference be
9    conducted in Department 3 of this court on January 29, 2009 at
10   2:30 p.m.
11       I submit this certification under penalty of perjury under
12   the laws of the State of California.
13   Dated: 8 January 2009

```
                                    _/s/_____
                                    Kenneth Natkin, Attorney
                                    for Plaintiff Bill Poon
                                    & Company, Inc.
```

IT IS SO ORDERED.

Dated: __13__ January 2009



PHYLLIS ... United States District Judge

CERTIFICATION                         2