UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL POON & COMPANY, ARCHITECTS, INC.,

        Plaintiff(s),

   v.

KHALIL BAFAIZ, et al.,

        Defendant(s).
_____/

No. C 07-5566 PJH

**ORDER OF DISMISSAL**

The parties hereto, by their counsel, having appeared at a case management conference to discuss problems that have arisen with the settlement agreement and having further agreed that only one aspect of the settlement remains unresolved, and having requested the court dismiss with prejudice the resolved claims,

IT IS HEREBY ORDERED

Poon and Architect Inc.'s claims against George Pavana, Nabil Taovil, GARS, Inc are **dismissed with prejudice**,

Khalil Bafaiz's cross claims against George Pavana, Nabil Taovil, GARS and Melissa Chavis are **dismissed with prejudice**,

George Pavana, Nabil Taovil and GARS's cross claims against Melissa Chavis are **dismissed with prejudice**,

Melissa Chavis' cross claims against George Pavana, Nabil Taovil and GARS are **dismissed with prejudice**.

The only claims that remain are those of Poon and Architect Inc. against Khalil Bafaiz, Inderjit Chadha, and Naeem Akram. Plaintiff's counsel shall advise the court no

1  later than February 12, 2009, whether he will pursue a motion to enforce the settlement in
2  this court or whether he will pursue a remedy in state court.  The matter will be closed out
3  thereafter.
4         IT IS SO ORDERED.
5  Dated:  January 30, 2009

   _____
6  PHYLLIS J. HAMILTON
   United States District Judge