UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL POON & COMPANY, ARCHITECTS, INC.,

        Plaintiff,

    v.

KHALIL BAFAIZ, et al.,

        Defendants.
_____/

No. C 07-5566 PJH

**JUDGMENT**

The court having granted plaintiff's motion to enforce settlement,

it is Ordered and Adjudged

that judgment be entered in the sum of $29,423.99 in favor of plaintiff and against defendants Khalil Bafaiz, Naeem Akram and Inderjit Chadha, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: March 16, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge