UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL POON & COMPANY, ARCHITECTS,
INC.,

        Plaintiff,

    v.

KHALIL BAFAIZ, et al.,

        Defendants.
_____/

No. C 07-5566 PJH

**ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

        Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of the Verified Motion for Supplemental Proceedings filed by Thompson, Mahan & Associates, Inc. dba AMA Collection Services, and for all other post-judgment activity. Any date for hearing noticed on the undersigned's calendar is VACATED.

        The parties shall contact the courtroom clerk of the assigned magistrate judge about that judge's procedures for resolving the above-referenced motion and any other requested relief.  The information may also be available on the court's website.

**IT IS SO ORDERED**.

Dated:  December 15, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge

cc:  Wings, Assigned M/J, counsel of record